# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

DANIEL C. PERRY                                                        PLAINTIFF

VS.                                               CIVIL ACTION NO. <u>4:05-cv-31-M-B</u>

RICARDO Y. TORRES                                         DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

UPON motion *ore tenus* of the parties for a dismissal with prejudice as to the Defendant, Ricardo Y. Torres, in the above-referenced matter and the Court being advised that Daniel C. Perry, party to the above-referenced lawsuit has reached an accord and satisfaction, agreeing to resolve the claims, the Court finds that said motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the claims made against Ricardo Y. Torres, in the above referenced matter are hereby dismissed <u>with prejudice</u>, with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the __6__ day of __July__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

240467.WPD

Agreed as to Form:

*[signature]*

Attorney for Plaintiff
Curt Crowley, Esq
Schwartz & Associates, P.A.
Post Office Box 3949
Jackson, Mississippi 39207-3949

*[signature]*

Attorney for Defendant
Webb, Sanders & Williams, P.L.L.C.
Paul N. Jenkins, Jr., MSB # 100041
Paige C. Bush, MSB # 101072
363 North Broadway
Post Office Box 496
Tupelo, Mississippi 38802
(662) 844-2137

240467.WPD